**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BILLY HUNTER**                                                                                          **PLAINTIFF**

**V.**                     **CASE NO. 5:07CV00325-SWW-BD**

**ARKANSAS DEPARTMENT OF**
**CORRECTION, et al.**                                                           **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint (#2) is DISMISSED without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of July 29, 2008 (#45).

IT IS SO ORDERED this 23rd day of September, 2008.

                                                           /s/Susan Webber Wright
                                                           UNITED STATES DISTRICT JUDGE